UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Merrill Lynch Credit Products, LLC,

　　　　　　　　　　Plaintiff

　　-v-　　　　　　　　　　　　　　　　　　ORDER
　　　　　　　　　　　　　　　　　　　09 Civ. 6692 (JFK)
Diplomata S.A. Industriale E Comercial
and Jacob Kaefer, Defendants.
------------------------------------X

JOHN F. KEENAN, United States District Judge:

　　The following operative dates are hereby set as a part of the Court's case management plan:

　　Any additional joinder of parties by  December 1, 2009.

　　Any amendment of the pleadings by  December 1, 2009.

　　Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

　　Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

　　Replies to any expert reports by _____.

　　Discovery to be complete by  January 29, 2010.

　　Next conference will be held on  February 2, 2010 at 10:00am.

　　Discovery supervision will be referred to Magistrate Judge  Fox.

SO ORDERED.

Dated: New York, New York
       October 29, 2009

　　　　　　　　　　　　　　　　　　　John F. Keenan
　　　　　　　　　　　　　　　　　　　JOHN F. KEENAN
　　　　　　　　　　　　　　　　　　　United States District Judge